IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JAN 31  A 9:51

Garry Daniels #130075
Full name and prison number
of plaintiff(s)

v.

Herman McClain

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV87-Mef
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ N/A _____

            Defendant(s) _____ N/A _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____ N/A _____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Ventress Facility P.O. Box - 767 - Clayton, Al. 36016_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. _Herman McClain. Ventress Correctional Facility_

2. ___

3. ___

4. ___

5. ___

6. ___

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _1/22/06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Excessive use of force Threating statement and Denying food_

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On January 22nd 2006 Plaintiff Garry Daniels Entered the Cafeteria for "Diabetic Chow" and when I recieved my food, Officer Herman McClain C.O.1 Instructed me to sit in sequence order with other Inmates at the table, and wanted everybody Close together and when I asked him was I Close enough He Comes over to me and says That I was trying to be smart So Officer McClain took My food and threw it In the trash can and stuck his finger in my face and put me out of the Chow Hall, and threaten Me by saying I will fuck you up and that I will dust your Little ass, He denied A diabetic his food, he Put His hands on me when I didn't pose a

**SUPPORTING FACTS:** Threat, and tried to Provoke me into a fight, and Then he Issued Threats toward me, He also Told me that I was an Inmate and was Less than Human, and that he is an Officer which make's him Superior over me, And that the Courts won't do a dam thing to him Because Im a Prisoner and don't have no Rights, and that people without criminal records can do as they want to with convicted folon's.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I would Like for the Court to investigate Officer McClain because I'm not the only one He's done that to' whatever the Court deems Necessary*

*Harry Daniels*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 1/24/06
(Date)

*Harry Daniels*
Signature of plaintiff(s)

4