RECEIVED
2006 JAN 31 A 9: 21

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

2:06CV87-mef

I, Garry Daniels, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? YES ( ) NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __@ 7/13/1996 Temp Service__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  YES ( ) NO (✓)

   B. Rent payments, interest, or dividends?  YES ( ) NO (✓)

   C. Pensions, annuities, or life insurance payments?  YES ( ) NO (✓)

   D. Gifts or inheritances?  YES ( ) NO (✓)

   E. Any other sources?  YES ( ) NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. __N/A__

3. Do you own cash, or do you have money in a checking/savings account?  YES ( )  NO (L)

   If the answer is YES, state the total value of the items owned. N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?  YES ( )  NO (L)

   If the answer is YES, describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

_Harry Daniels_
Plaintiff

STATE OF ALABAMA
COUNTY OF _Barbour_

Subscribed and sworn to before me on this _24th_ day of _January_, 2006, at _Clayton_, Alabama.

_Carolyn R. Abercrombie_
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My Commission Expires August 18, 2007

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/24/06_.

_Harry Daniels_
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/26/06
             (date)

_Gary Daniels_ #130025
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .13 on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

N/A

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _N/A_  on the 1st day of _N/A_
2. $       on the 1st day of
3. $       on the 1st day of
4. $       on the 1st day of
5. $       on the 1st day of
6. $       on the 1st day of

There are no financial transactions for the last 12 months.

_Ross_
Authorized Officer of Institution

DATE  1/27/06