IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

RECEIVED
2006 MAR -2 A 9:52

Garry Daniels
Plaintiff(s)/Petitioner(s)

vs.

Herman McClain
Defendant(s)/Respondent(s)

CIVIL ACTION NO. 2:06-CV-87-MEF
(To be supplied by Clerk's Office) (WO)

### MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, Garry Daniels, a United States citizen, make this Motion to Proceed Without Prepayment of Fees and Costs pursuant to Title 28 U.S.C. §1915 in order to proceed in *forma pauperis* in this action. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose or avoiding payment of said fees and costs.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Assault, Threats and Denying a Diabetic of his food, by throwing his food in The Trash Can, and hitting the Plaintiff and threating him with future violence;"

II. **RESIDENCE:**
Your Address: Garry Daniels #130075 9-B-54-B-Ventress Prison (Street)
P.O. Box #767 Clayton Alabama 36016
(City)        (State)        (Zip Code)

III. **MARITAL STATUS:**
1. Single ✓     Married ___     Separated ___     Divorced ___
2. If married, spouse's full name: N/A

IV. **DEPENDENTS:**
1. Number: 0
2. Relationship to dependent(s): 0
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 0