IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GARRY DANIELS, #130 075 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-87-MEF |
| HERMAN MCCLAIN | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's *Motion to Proceed Without Prepayment of Fees and Costs*, and as Plaintiff's request for leave to proceed *in forma pauperis* was granted by order entered on February 13, 2006 (*see* Doc. No. 3) it is

ORDERED that the motion (Doc. No. 6) be and is hereby DENIED as moot.

Done, this 9th day of March 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE