IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GARRY DANIELS, #130 075 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-87-MEF (WO) |
| HERMAN MCCLAIN | * | |
| Defendant. | * | |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on January 31, 2006. On February 13, 2006 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. (Doc. No. 4.) On March 31, 2006 Plaintiff's copy of an order entered March 28, 2006 was returned to the court marked "not at this facility" because Plaintiff was no longer at the address he had provided to the court. Consequently, an order was entered on April 4, 2006 directing Plaintiff to provide the court with his present address on or before April 19, 2006. (Doc. No. 10.) Plaintiff was cautioned that his failure to comply with the court's April 4 order would result in a recommendation that this case be dismissed. (*Id.*)

On April 10, 2006, the envelope containing Plaintiff's copy of the court's April 4, 2006 order was returned to the court marked as undeliverable. As it appears clear that Plaintiff is no longer residing at the address he provided to the court when he filed the instant

complaint and that he has not provided this court with a new address, the undersigned concludes that dismissal of the complaint at this juncture is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **April 25, 2006**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 13th day of April 2006.

                                   **/s/ Delores R. Boyd**
                                   DELORES R. BOYD
                                   UNITED STATES MAGISTRATE JUDGE