IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRY DANIELS, #130075, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-0087-MEF |
| | ) [WO] |
| | ) |
| HERMAN MCCLAIN, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 13, 2006 (Doc. #11), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

DONE this 9th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE